**In re VANDERBILT MORTGAGE
AND FINANCE, INC.**

No. 05–0076.

Texas Judicial Panel on Multidistrict
Litigation.

Feb. 23, 2005.

*THE MOTION FOR TRANSFER IN
THE FOLLOWING MULTIDIS-
TRICT LITIGATION CASE IS DE-
NIED AS FOLLOWS:*

PER CURIAM.

The Multidistrict Litigation Panel has
denied the Motion to Transfer of Related
Cases to Pretrial Court.